Ronald H. FAGAN, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2009–7008.

United States Court of Appeals, Federal Circuit.

Dec. 16, 2008.

Hugh D. Cox Jr., Greenville, NC, for Claimant–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).